

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00353-CV

**EX PARTE** Christopher P. **KENNEY**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  June 26, 2013

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On June 5, 2013, relator Christopher P. Kenney filed an original habeas corpus proceeding. Relator alleges that he has been sentenced to 180 days in county jail after being held in criminal contempt for failure to pay child support. Relator provides numerous grounds for why he is entitled to habeas corpus relief and seeks to be released from custody.

However, it is relator's burden to provide this court with a record sufficient to establish his right to habeas corpus relief. *See* TEX. R. APP. P. 52.3(k)(1); TEX. R. APP. P. 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has failed to provide us with a record to support his claims. Accordingly, relator's petition for writ of habeas corpus is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 200EM503279, styled *In the Interest of C.X.K.*, in the 57th Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.